MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
2377 Gold Meadow Way, Suite 100
Gold River, CA 95670
Telephone: 916-732-7150

Attorneys for Defendant
Jan Shafer

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JAN SHAFER,<br><br>    Defendant. | Case No.: 2:14 CR 318 JAM<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERNCE |

It is hereby stipulated between the parties, Brian Fogerty, Assistant United States Attorney, and Michael Chastaine, attorney for Jan Shafer, that the status conference date of Tuesday, January 13, 2015 should be continued until Tuesday, March 10, 2015 at 9:30 a.m. The continuance is necessary as counsel for Mr. Shafer is still reviewing discovery and meeting with the client. The Government has recently provided new discovery that counsel for Mr. Shafer needs to review. Further, the Government has tendered a proposed plea agreement and counsel needs time to review the same and go over it with Mr. Shafer. Counsel for Mr. Shafer is currently engaged in a lengthy jury trial and as a result will not have the time to review the matter for several weeks.

IT IS STIPULATED that the period of time from the January 13, 2015 up to and including March 10, 2015 be excluded in computing the time within which the trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7) and Local Code T4, for ongoing preparation of counsel. It is further stipulated that the need for a continuance and continued counsel preparation outweighs the interests of the public and the defendant in a speedy trial.

.

Dated: January 12, 2015        By: ____/s/ Michael Chastaine
                               MICHAEL CHASTAINE
                               Attorney for Jan Shafer


Dated: January 12, 2015        BENJAMIN B. WAGNER
                               United States Attorney

                               By: /s/ Michael Chastaine for Brian Fogerty___
                                     BRIAN FOGERTY
                                     Assistant U.S. Attorney

<u>ORDER</u>

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference scheduled for Tuesday, January 13, 2015 at 9:30 a.m. be continued to Tuesday, March 10, 2015 at 9:30 a.m. and that the period from January 13, 2015 to March 10, 2015 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A) and local rule T4. Further, that the need for a continuance and continued counsel preparation outweighs the interests of the public and the defendant in a speedy trial.


Dated: 1/13/2015                              /s/ John A. Mendez_____
                                              John A. Mendez
                                              District Judge
                                              United States District Court