```
1  BENJAMIN B. WAGNER
   United States Attorney
2  BRIAN A. FOGERTY
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5
6  Attorneys for Plaintiff
   United States of America
7
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-0318 JAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME PERIOD UNDER SPEEDY TRIAL ACT;  FINDINGS AND ORDER |
| v. | |
| JAN ALAN SHAFER, | |
| Defendant. | DATE: July 7, 2015<br>TIME: 9:15 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on July 7, 2015.

2. By this stipulation, defendant now moves to continue the status conference until August 4, 2015 at 9:15 a.m., and to exclude time between July 7, 2015, and August 4, 2015 at 9:15 a.m., under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes a video recording and more than 500 pages of documents.  All of this discovery has been either produced directly to counsel and/or made available for inspection in compliance with the restrictions set forth in the Adam Walsh Act.

      b)    Counsel for defendant desires additional time to review the evidence produced in this case, investigate the allegations in the indictment, and consult with the defendant. Defense counsel is currently engaged in a multi-week jury trial before the Honorable Troy L. Nunley, *United States v. Palamarchuk*, *et al.*, 2:11-cr-450 TLN. In light of the *Palamarchuk* trial (and preparation for that trial), and despite his best efforts, defense counsel has not yet had an opportunity to complete the investigation and consultation referenced above.

      c)    Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)    The government does not object to the continuance.

      e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 7, 2015 to August 4, 2015 at 9:15 a.m., inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: July 1, 2015                                    BENJAMIN B. WAGNER
                                                      United States Attorney

                                                      /s/ BRIAN A. FOGERTY
                                                    BRIAN A. FOGERTY
                                                    Assistant United States Attorney

Dated: July 1, 2015                     /s/ Brian A. Fogerty for Michael L. Chastaine (approved by email dated 7/1/15)
MICHAEL L. CHASTAINE
Counsel for Defendant
JAN ALAN SHAFER

### FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 1st day of July, 2015

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE